UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH CLANCEY              \*
    Plaintiff              \*
                            \*
v.                          \*    Case No. 1:20-cv-00640-PB
                            \*
NICE SYSTEMS, INC.,         \*
    Defendant              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL

NOW COME the parties jointly, by and through their attorneys, and submit the following stipulation:

1. The parties have resolved the instant matter and hereby jointly stipulate to a dismissal of the case with prejudice.

2. The parties each bear their own attorneys' fees and costs.

                      Respectfully submitted,
                      Joseph Clancey,
                      By his attorneys,
                      Lehmann Major List, PLLC

Date:  October 3, 2022        By:   /s/Sean R. List
                                       Sean R. List, Esq.
                                       NH Bar No. 266711
                                       6 Garvins Falls Road
                                       Concord, N.H. 03301
                                       603.715.8882
                                       sean@nhlawyer.com

                                       &

                      Respectfully submitted,
                      NICE Systems, Inc.,
                      By its attorneys,

|  |  |  |
|---|---|---|
|  |  | Jackson Lewis P.C. |
| Date: October 3, 2022 | By: | /s/ K. Joshua Scott |
|  |  | K. Joshua Scott, Esq. |
|  |  | NH Bar No. 17479 |
|  |  | 100 International Drive, Ste 363 |
|  |  | Portsmouth, NH 03801 |
|  |  | 603.559.2711 |
|  |  | joshua.scott@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Sean R. List
Sean R. List